IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| LASHAUN CHRISTOPHER BOLTON | : | 1:15CR243-1 |
| JUAN MANUEL CAMACHO PINEDA | : | 1:15CR243-2 |
| JUAN JOSE SANCHEZ FRANCO | : | 1:15CR243-3 |
| JOSE GARCIA, JR. | : | 1:15CR243-4 |

The Grand Jury charges:

CONSPIRACY

In or about April, 2015, the exact dates to the Grand Jurors unknown, in the County of Alamance, in the Middle District of North Carolina, and elsewhere, LASHAUN CHRISTOPHER BOLTON, JUAN MANUEL CAMACHO PINEDA, JUAN JOSE SANCHEZ FRANCO, JOSE GARCIA, JR., and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally and unlawfully distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code,

Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

Quantities of Controlled Substances Involved in the Conspiracy

With respect to LASHAUN CHRISTOPHER BOLTON, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of cocaine hydrochloride.

With respect to JUAN MANUEL CAMACHO PINEDA, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of cocaine hydrochloride.

With respect to JUAN JOSE SANCHEZ FRANCO, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of cocaine hydrochloride.

With respect to JOSE GARCIA, JR., the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of cocaine hydrochloride.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(B).

A TRUE BILL:



FOREPERSON

*Sandra J. Hairston*
SANDRA J. HAIRSTON
FIRST ASSISTANT UNITED STATES ATTORNEY

*Ripley Rand*
RIPLEY RAND
UNITED STATES ATTORNEY